DANIEL BRODERICK, Bar # 89424
Federal Defender
MICHAEL PETRIK, JR., Bar #177913
Staff Attorney/Misdememanor Unit
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LINDA K. JENNINGS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LINDA K. JENNINGS. <br><br> Defendant. | Cr.S. 08-348-GGH <br><br> **AMENDED** STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING AND THE SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT <br><br> Date:  January 12, 2009 <br> Time:  2:00 p.m. <br> Judge: Hon. Gregory G. Hollows |

   The United States Attorney through their respective counsel, S. Robert Tice-Raskin, Assistant United States Attorney, and Michael Petrik, Jr., Attorney for Linda K. Jennings, hereby stipulate that the Judgment & Sentencing currently set for November 3, 2008, at 9:00 a.m., be continued to January 12, 2009, at 2:00 p.m.

   The following will be the new presentence report schedule:

   Presentence Report disclosed . . . . . . . . . . December 8, 2008

   Counsel's Written Objections to the Presentence
   Report Shall be Delivered to the Probation Officer
   and Opposing Counsel no Later Than  . . . . . December 22, 2008

   The Presentence Report Shall be Filed with the
   Court and Disclosed to Counsel no Later Than . . December 29, 2008

```
    Motion for Correction of the Presentence Report
    Shall be Filed with the Court and Served on the
    Probation Officer and Opposing Counsel no
    Later Than . . . . . . . . . . . . . . . . . . . . January 5, 2009
```

United States Probation Officer, Julie Fowler, has no objection to the new scheduled dates.

```
Dated: September 29, 2008         Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender


                                  /s/  M. Petrik
                                  _____
                                  MICHAEL PETRIK, JR.
                                  Staff Attorney
                                  Attorneys for Defendant
                                  LINDA K. JENNINGS


Dated: September 29, 2008         McGREGOR W. SCOTT
                                  United States Attorney

                                  Matthew Stegman
                                  _____
                                  For ROBERT TICE-RASKIN
                                  Assistant U.S. Attorney
```

**O R D E R**

IT IS SO ORDERED.

```
Dated:10/02/08
                                  /s/ Gregory G. Hollows
                                  United States Magistrate Court
```

jennings.eot