```
DANIEL BRODERICK, Bar # 89424
Federal Defender
MICHAEL PETRIK, JR., Bar #177913
Staff Attorney/Misdemeanor Unit
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LINDA K. JENNINGS
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>LINDA K. JENNINGS.<br><br>            Defendant. | Cr.S. 08-348-GGH<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING AND THE SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT<br><br>Date:  February 9, 2009<br>Time:  9:00 a.m.<br>Judge: Hon. Gregory G. Hollows |

    The United States Attorney through their respective counsel, S. Robert Tice-Raskin, Assistant United States Attorney, and Michael Petrik, Jr., Attorney for Linda K. Jennings, hereby stipulate that the Judgment & Sentencing currently set for January 12, 2009, at 9:00 a.m., be continued to February 9, 2009, at 9:00 a.m.

    The following will be the new presentence report schedule:

    Presentence Report disclosed . . . . . . . . . . . January 6, 2009

    Counsel's Written Objections to the Presentence
    Report Shall be Delivered to the Probation Officer
    and Opposing Counsel no Later Than . . . . . . January 20, 2009

    The Presentence Report Shall be Filed with the
    Court and Disclosed to Counsel no Later Than . . January 27, 2009

```
    Motion for Correction of the Presentence Report
    Shall be Filed with the Court and Served on the
    Probation Officer and Opposing Counsel no
    Later Than  . . . . . . . . . . . . . . . . . . . .  February 2, 2009
```

United States Probation Officer, Julie Fowler, has no objection to the new scheduled dates.

Dated: December 19, 2008          Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender


                                  /s/  M. Petrik
                                  _____
                                  MICHAEL PETRIK, JR.
                                  Staff Attorney
                                  Attorneys for Defendant
                                  LINDA K. JENNINGS


Dated: December 19, 2008          McGREGOR W. SCOTT
                                  United States Attorney

                                  /s/ M. Petrik for
                                  _____
                                  ROBERT TICE-RASKIN
                                  Assistant U.S. Attorney


**O R D E R**

IT IS SO ORDERED.

Dated: December 23, 2008
                                       /s/ Gregory G. Hollows
                                  _____
                                      GREGORY G. HOLLOWS
                                  United States Magistrate Court

jennings.eot2