```
DANIEL BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
LINDA K. JENNINGS
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-348-GGH |
| Plaintiff, ) | STIPULATION AND ORDER TO FIX RESTITUTION PAYMENT TO SOCIAL SECURITY ADMINISTRATION |
| v. ) | |
| LINDA K. JENNINGS. ) | Judge: Hon. Gregory G. Hollows |
| Defendant. ) | |

It has come to the attention of the parties, through United States Probation, that the Social Security Administration has decided to recover the overpayment to Ms. Jennings at 100% of the payment rate otherwise due to her until it has recovered the overpayment in full. The decision of the Social Security Administration has left Ms. Jennings with no income, and no means to pay rent or otherwise support herself.

/ / /

/ / /

/ / /

/ / /

Stipulation and [Proposed Order]     1                                    08-348-GGH

The parties therefore stipulate and request that the Court modify the judgment and order the defendant pay as restitution 20% of any monthly Supplemental Security Income benefits she receives to the Social Security Administration until the Social Security Administration has recovered the overpayment in full.  All other terms and conditions are to remain the same.

Dated: June 15, 2009                    Respectfully submitted,

                                        DANIEL J. BRODERICK
                                      Federal Defender

                                      /s/  M.Petrik
                                      _____
                                      MICHAEL PETRIK, Jr.
                                      Assistant Federal Defender

Dated: June 16, 2009                    LAWRENCE G. BROWN
                                      Acting United States Attorney

                                      /s/ Matthew C. Stegman
                                      _____
                                      MATTHEW C. STEGMAN
                                      Assistant U.S. Attorney

## O R D E R

The Court orders that the defendant pay as restitution 20% of any monthly Supplemental Security Income benefits she receives to the Social Security Administration until the Social Security Administration has recovered the overpayment in full.  All other terms and conditions are to remain the same.

Dated: 06/18/09
                                      /s/ Gregory G. Hollows
                                      United States Magistrate Judge

jennings.ord